**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 220 MAL 2016
                               :
            Respondent           :
                               :    Petition for Allowance of Appeal from
                               :    the Order of the Superior Court
             v.                     :
                               :
                               :
ROBERT WILLIAM JORDAN,          :
                               :
            Petitioner            :

## ORDER

**PER CURIAM**

       **AND NOW**, this 19th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.